AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

FILED by __ D.C.
DEC 19 2000
CLARENCE MADDOX
C.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

RAMON VILLARES

**CASE NUMBER:**
00-6360
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____RAMON VILLARES____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections _371; 659 and 2_

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB w/ _Nebbia_

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |