UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

v.

Ramon Villares
Defendant

CASE NO. 00-6360 cr WPD

REPORT COMMENCING CRIMINAL ACTION
cu7(66-00

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 12-22-00 / 545 AM
2. Spoken language: SPANISH
3. Offense(s) charged: 659, 371, 2
4. U.S. Citizen   [ ] YES   [X] NO   [ ] UNKNOWN
5. Date of birth: 09-06-1970
6. Type of charging document: (Check One)
   [X] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6360   CASE NO. _____
   DISTRICT: FLORIDA   (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [✓] YES  [ ] NO
   AMOUNT OF BOND: $100,000 CSR BAIL
   WHO SET BOND: AUSA

7. REMARKS: _____

8. DATE: 12/22/00
9. ARRESTING OFFICER
10. AGENCY: FBI
11. (305) 471-3400
    PHONE NO.

AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

## *United States District Court*

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

RAMON VILLARES

**TO:** The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00 - 6360**

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ____RAMON VILLARES____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections _371; 659 and 2_

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 CSB w/ ......

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at ____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| INFORMATION COPY ONLY | INFORMATION COPY ONLY | |
| DATE OF ARREST | | |
| MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date 12/20/00   Deputy Clerk

BP-S480.045 **ACKNOWLEDGMENT OF RECEIPT OF INMATE ACCOUNT CARD** CDFRM
MAY 94

| **U.S. DEPARTMENT OF JUSTICE** | **FEDERAL BUREAU OF PRISONS** |
|---|---|
| INMATE NAME | INMATE REGISTER NUMBER |

VILLARES
 RAMON            66766-004
W/M/H/09-06-1970
HT/600   WT/220   HR/BN   EY/BN
CUSTODY/IN

tand my

card.

| INMATE'S SIGNATURE | DATE |
|---|---|
| Ramon Villares | 12-22-00 |

Record Copy - File in Section Three of the Inmate Central File; Copy - Inmate

(This form may be replicated via WP)                This form replaces BP-480(45) dated July 1990.