
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6360-CR-DIMITROULEAS__

UNITED STATES OF AMERICA,

vs.

PABLO ANAYA   ET AL.

---

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

BASED UPON
~~PURSUANT TO~~ THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

FILED BY
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
2000 DEC 27 PM 4:22

**DONE AND ORDERED** at Miami, Florida this ____26TH____ day of ____DECEMBER____, 2000.

TAPE NO: 00FX-/53-/66/

_/s/ Andrea M. Simonton_
**UNITED STATES MAGISTRATE JUDGE**
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor