AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

RAMON VILLARES

**WARRANT FOR ARREST**

CASE NUMBER: **00-6360**
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ____RAMON VILLARES____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections 371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB w/ Nebbia

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL | | |
| DATE RECEIVED  12/19/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  United States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  12/22/00 | | Edward Purchase, SDUSM |