UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.　　　　　　　　　　　　　　　　CASE NO. 00-6360CR-DIMITROULEAS

RAMON VILLARES,

　　Defendant

_____/

## NOTICE OF APPEARANCE

Please take notice that RENE PALOMINO JR., enters this appearance on behalf of the Defendant, RAMON VILLARES, for the purposes of pre-trial and trial proceedings only. The Clerk of this Court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the United States Attorneys Office on this 27 day of December, 2000.

Respectfully submitted,

Rene Palomino Jr
9555 N. Kendall Drive
Suite 101
Miami, Florida 33134
(305) 279-8287
Florida Bar No. 38192

