## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RAMON VILLARES (J)  CASE NO: 00-6360-CR-DIMITROULEAS
AUSA: DON CHASE  ATTY: RENE PALOMINO, ESQ.
AGENT:  VIOL:
PROCEEDING: ARRAIGNMENT  RECOMMENDED BOND: 50,000 CSB w/Nebbia
BOND HEARING HELD - yes/no  STIP  COUNSEL APPOINTED:
BOND SET @: 15,000 / 10/0  To be cosigned by: wife
100,000 PSB

FILED by JAN 4 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☒ Surrender and / or do not obtain passports / travel documents. w/in 24 hrs of release
- ☒ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☒ Travel restricted to: SD/FL
- ☐ Halfway House

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

(Circle One)
Interpreter Requested
No interpreter
No. Known
(Specify: Spanish)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Jan 25 | 11 | WPD | BSS |

DATE: 1/4/01  TIME: 11:00  FTL/LSS TAPE # 01-001  Begin: 3025 End: 3485

