REC'D by ____ D.C.
DKTG

JAN 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ___ D.C.
JAN -4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

RAMON VILLARES

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 4, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address:_____
                     _____
                     Telephone:_____

DEFENSE COUNSEL:     Name:____RENE PALOMINO, ESQ._____
                     Address:_____
                     _____
                     Telephone:_____

BOND SET/CONTINUED:  $_15,000 10%_ + _100. PSB_____

Bond hearing held: yes_✓_ no___ Bond hearing set for_____

Dated this__4TH___day of __JANUARY_____,2001

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: Jenny Butler
                                  Deputy Clerk

                              Tape No._01-001_____

cc: Copy for Judge
    U. S. Attorney