# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: Ramon Villares (no deft needed) | CASE NO: 00-6360-CR-Dimitrouleas |
| AUSA: Don Chase / Bruce Brown | ATTNY: Rene Palomino *present* |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |
| BOND HEARING HELD ~ yes/no | COUNSEL APPOINTED: |
| ___ BOND SET @ | |
| CO-SIGNATURES: | |
| SPECIAL CONDITIONS: | |

FILED by ___ D.C.
INTAKE
JAN 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x/s a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
5 days to try
not to cont pending

27 audio tapes
need to be transcribed
+ there are video tapes, 32

A - has not rec'd discovery

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 1-25-01    TIME: 11:00am  12:10pm    TAPE # 01-003    PG # 1
2839 - 3086