UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.   CASE NO. 00-6360CR-DIMITROULEAS

RAMON VILLARES,

Defendant

_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, RAMON VILLARES, by and through his undersigned attorney, and respectfully requests this Court to grant the above styled Motion as as grounds would state as follows:

1.  Undersigned counsel received the initial discovery response from the Government on January 25, 2001.

2.  Discovery materials include 700 pages of documents, 500 pages of transcripts, 32 video tapes and 27 audio tapes all of which have not been made available to defense counsel as of yet.

WHEREFORE, the Defendant respectfully reuqests this Honorable Court to enter an order granting this motion.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the United States Attorneys Office, 99 NE 4th Street, Miami, FL 33132 on this 29th day of January, 2001.

Respectfully submitted,

Rene Palomino Jr.
9555 N. Kendall Drive
Suite 101
Miami, Florida 33134
(305) 279-8287
Florida Bar No. 38192