UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAMON VILLARES,

Defendant.

CASE NO. 00-6360-CR-DIMITROULEAS

FILED by D.C.

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR CONTINUANCE OF TRIAL DATE**

THIS CAUSE having come before this Court on Defendant's January 29, 2001 Motion for Continuance of Trial Date, and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Rene Palomino, Jr.
9555 N. Kendall Drive, #101
Miami, FL 33134

Don Chase, AUSA

