UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6360-CR-DIMITROULEAS

   Plaintiff,

vs.

RAMON VILLARES,

   Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's January 29, 2001 Ex-Parte Motion To Incur the Cost of an Investigator, said motion is Granted, in part. Authorization is approved for up to $1,000.00 for investigative costs.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Don Chase, AUSA

Rene Palomino, Jr.
9555 N. Kendall Drive, #101
Miami, FL 33176

