cr-06360-WPD    Document 223    Entered on FLSD Docket 06/22/2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

vs.                                              CASE NO. 00-6360CR-DIMITROULEAS

RAMON VILLARES,

    Defendant

_____/

### DEFENDANT RAMON VILLARES OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

The Defendant, RAMON VILLARES, by and through his undersigned counsel, files these objections to the Pre-Sentence Investigation Report with this Honorable Court and as grounds states as follows:

1.    As and for the Defendant's objection to the Pre-Sentence Investigation Report, the Defendant objects to paragraph 46 of the report where he is given an additional two (2) points since the offense involved more than minimal planning. In the instant case the Defendant's only role was that of an off-loader of the Canon cartridges. The Defendant was not involved in the planning of this theft and it was the only theft that he participated in pursuant the indictment. The Defendant should not receive an additional two points for his role in the instant offense. See: <u>U.S. v. Tapia</u>, 59 F.3d 1137 (11th Cir.1995); <u>U.S. v. Garcia</u>, 13 F.3d 1464 (11th Cir.) and <u>U.S. v. Cooper</u>, 42 F.3d 755 (2nd Cir.1994).

WHEREFORE, the Defendant moves this Honorable Court to enter an order granting this Motion.



Respectfully submitted,

RENE PALOMINO JR., P.A.
9555 N. Kendall Drive
Suite 101
Miami, Florida 33134
(305) 279-8287
Florida Bar No. 38192

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Donald Chase Esq., United States Attorneys Office, 99 NE 4th Street, Miami, FL 33132 and USPO Bridget Dinvaut, 300 NE 1st, Avenue, Room 315, Miami, FL 33132 on this ___ day of June ___, 2001.

By: _____
Rene Palomino Jr., Esq.
FBN: 381292