## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-Cr-WPD    DATE: June 22, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _Frances Weisberg_    INTERPRETER: _Spanish_

UNITED STATES OF AMERICA    VS.    _Ramon Villares_

U.S. ATTORNEY: _Don Chase_    DEFT. COUNSEL: _Rene Palomino_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence Imposed:_
_1 year + 1 day BOP, 3 years Supervised Release,_
_$174,435.40 Joint + Several liability, No Fine,_
_$100.00 Assessment_

_Deft Remanded to Custody._

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _Deft Informed of Right to Appeal._