ERS:rl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs

RAMON VILLARES,

    Defendant,
_____/

FILED by \_\_\_ D.C. INTAKE
AUG 28 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

### SATISFACTION OF JUDGMENT

The joint and several restitution amount having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY

Date: August 22, 2006     By: _____
    Elizabeth Ruf Stein
    Assistant U.S. Attorney
    FL Bar No. 354945
    99 NE 4 Street, Suite 313
    Miami, FL 33132-2111
    TEL (305)961-9313
    FAX (305)530-7195
    elizabeth.stein@justice.usdoj.gov